JOSE DE LA CRUZ V. THE STATE.

No. 21197. Delivered November 6, 1940.

The opinion states the case.

*Schlesinger, Schlesinger & Goodstein,* of San Antonio, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of aggravated assault and his punishment assessed at confinement in the county jail for two years and a fine of one thousand dollars.

It is made known to the court by proper affidavit that since the jurisdiction of this court attached appellant has died.

For the reason stated the appeal is ordered dismissed.